UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-00759-JFA |
|---|---|---|
| v. | ) | |
| DEBRA LATANYA DREW | ) | ORDER |

The United States has moved to dismiss this matter on the ground that the defendant successfully completed the pretrial diversion program. The Motion is granted, and it is hereby ordered and decreed that Information Number 3:11-00759 against the defendant, DEBRA LATANYA DREW, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

February 12, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge